# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TRAVIS JHON CLARK

NO. 2023 KW 0135

**FEBRUARY 17, 2023**

---

In Re:   Travis Jhon Clark, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1278-F-2021.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 2-13, 4-2, 4-3, and 4-5 (C)(11), by failing to provide this court with evidence of a timely filed notice of intent and documentation of a return date set by the district court. Additionally, relator failed to comply with Rules 4-5(C)(8), (9), and (10), as he failed to provide this court with a copy of the bill of information, a copy of the motion to revoke probation, a copy of relator's opposition to the motion, and all pertinent minute entries. Furthermore, although it is not a violation of the Uniform Rules, we note that relator failed to provide this court with a copy of all pertinent transcripts necessary to review his claims, particularly the transcript of his November 21, 2022, guilty plea. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before March 13, 2023. Any future filing on this issue should include the entire contents of this application, the missing item(s) noted above, and a copy of this ruling.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.cro_
_____
DEPUTY CLERK OF COURT
FOR THE COURT